IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MUSTAFA OJONUBA JIBRIN,

    *Plaintiff*,

v.                      CASE NO. 1:19cv155-MW/GRJ

UNIVERSITY OF FLORIDA
POLICE DEPARTMENT,
et al.,

    *Defendants*.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 9. Upon consideration,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's First Amended Complaint, ECF No. 7, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief

may be granted." The Clerk shall close the file.

This Court notes that Plaintiff filed a notice of appeal of the Magistrate Judge's order denying Plaintiff's motion for reconsideration. ECF No. 12. To the extent Plaintiff sought to appeal the Magistrate Judge's order to this Court, this Court finds the Magistrate Judge's order to not be clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). To the extent Plaintiff sought to appeal the Magistrate Judge's order to the Eleventh Circuit, that order is a nonfinal order and is therefore not appealable and thus does not divest this Court of jurisdiction. If Plaintiff intends to proceed with his appeal to the Eleventh Circuit, he must instead appeal *this* Order to the Eleventh Circuit.

**SO ORDERED on November 26, 2019.**

**s/Mark E. Walker**
**Chief United States District Judge**